IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


FREDRIC R. RICHTER,

    Plaintiff,

v.                                  CASE NO.   4:12cv217-RH/GRJ

JEROME L. MEISNER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3.  No objections have been filed.  The recommendation is for dismissal of the complaint without prejudice, on the court's own motion, on the grounds that the complaint does not adequately allege a basis for federal jurisdiction and that in any event venue is improper.

A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these.  *See*, *e.g.*, *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856 (11th Cir. 2006); *see also Jefferson Fourteenth*

Case No.   4:12cv217-RH/GRJ

*Assocs. v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983). Here the report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond by filing objections.

The report and recommendation correctly concludes that the complaint should be dismissed without prejudice. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on June 21, 2012.

s/Robert L. Hinkle  
United States District Judge